IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CLARENCE CARR, | Case No. 1:24-cv-1591-CL |
| Plaintiff, | ORDER |
| v. | |
| ERICKA DORAN, *et al*, | |
| Defendants. | |

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke issued a Findings and Recommendation on April 29, 2025. F&R, ECF No. 31. The matter is now before the Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72. Neither party filed objections. The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998).

Having carefully considered the Findings and Recommendation and record, the Court finds no error and concludes that the Report is correct. Magistrate Judge Clarke's Findings and Recommendation, ECF No. 31, is ADOPTED in full. Defendants' Motions to Dismiss, ECF Nos. 18 and 20, are GRANTED. Plaintiff's Motion for Appointment of Counsel and Motion to Recuse, ECF Nos. 17 and 30, are DENIED. Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice and with leave to file an amended complaint within 30 days. If Plaintiff chooses to file an amended complaint, Plaintiff is directed to heed the guidance offered in the Findings and

1 - Order

Recommendation, including that the state law tort claims and any claims asserted against Defendants Benjamin Lull and Kelly Hagar are to be omitted.

IT IS SO ORDERED.

DATED this 14th day of July 2025.

                                                        ___s/Michael J. McShane_____
                                                                 Michael McShane
                                                           United States District Judge

2 - Order